**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 510 EAL 2013 |
| Petitioner | :<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| v. | :<br>:<br>:<br>: |
| JOHN M. MUSAU, | :<br>: |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.